

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MARION CLEMONS                                                                        PLAINTIFF

VS.                                                          CIVIL ACTION NO.: 1:04CV482GuWa

CIGNA CORPORATION,
LIFE INSURANCE COMPANY OF
NORTH AMERICA, and
SUPERVALU, INC.                                                  DEFENDANTS

### AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause came before the Court upon the joint motion of the parties for a final judgment of dismissal, with prejudice. The parties have informed the Court that the case has been resolved by agreement. Having considered the premises, it is hereby ORDERED AND ADJUDGED that this case should be, and the same hereby is, fully and finally dismissed with prejudice. The parties shall bear their own costs.

SO ORDERED, this the 2nd day of December, 2005.

_____
DISTRICT COURT JUDGE

Agreed:

_____
ATTORNEY FOR PLAINTIFF

_____
William F. Ray
ATTORNEY FOR DEFENDANTS